


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. WDQ-15-012 |
| v. | * | |
| | * | (Theft of Government Property, |
| PATRICIA LITTLETON | * | 18 U.S.C. § 641) |
| | * | |

...ooOoo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges:

At times material to this Information:

1. Defendant **PATRICIA LITTLETON** was a resident of Boonsboro, Maryland.

2. **LITTLETON** worked for the U.S. Government as an employee of the Food and Drug Administration, Center for Drug Evaluation and Research, Office of Generic Drugs.

3. As part of her employment, **LITTLETON** was authorized to use an official government credit card to purchase supplies and other items for the U.S. Government.

4. **LITTLETON** received training from the Food and Drug Administration on appropriate and inappropriate uses of the procurement card.

5. **LITTLETON** understood that the government credit card was not allowed to be used for personal and non-work-related purchases.

6. On or about August 4, 2012, **LITTLETON** went with multiple persons to an Office Max store located in Hagerstown, Maryland.

7. On or about August 4, 2012, within the District of Maryland, the defendant,

**PATRICIA LITTLETON**

did embezzle, steal, purloin, and knowingly convert to her use and the use of another, without authority, a thing of value of the United States and of any department or agency thereof, to wit: **LITTLETON** used her official U.S. government credit card to pay for backpacks, pens, pencils, paper, notebooks, glitter pencils and pens, magnets and decorations, folders, glue, scissors, and childrens' items at an Office Max store, and, in doing so, acted knowingly and willfully and with the specific intent to deprive the government of the use and benefit of its property.

**18 U.S.C. § 641**

1-13-15
Date

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY